USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                             :

CONVERSE INC., *et al.*,                 :

                             :

               Plaintiffs,   :              1:25-cv-9516-GHW

                             :

           -against-         :              ORDER

                             :

LOVE, KELLY HOLDINGS, LLC,      :

                             :

             Defendant. :

                             :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the telephone conference held on April 10, 2026, Plaintiffs'

motion to dismiss is due by May 15, 2026; Defendant's opposition is due three weeks after the date

of service of Plaintiff's motion; and Plaintiffs' reply, if any, is due two weeks after the date of service

of Defendant's opposition.

      SO ORDERED.

Dated:  April 10, 2026
New York, New York

                                  GREGORY H. WOODS
                              United States District Judge